**Electronically Filed**
**Supreme Court**
**SCPR-26-0000451**
**01-JUL-2026**
**12:46 PM**
**Dkt. 7 OGP**

SCPR-26-0000451

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

IN RE NANCY RIBAUDO, Petitioner.

---

ORIGINAL PROCEEDING

<u>ORDER GRANTING PETITION TO RESIGN IN GOOD STANDING</u>
(By: Devens, C.J., McKenna, Eddins, and Ginoza, JJ.,
and Intermediate Court of Appeals Chief Judge Nakasone,
assigned by reason of vacancy)

Upon consideration of the petition to resign from the practice of law in the State of Hawaiʻi, filed by attorney Nancy Ribaudo (Petitioner), pursuant to Rule 1.10 of the Rules of the Supreme Court of the State of Hawaiʻi (RSCH), which the court construes as also seeking to retain the paper license as a memento, as authorized by RSCH Rule 1.10(b), and the declarations submitted in support thereof, we conclude that Petitioner has complied with the requirements of RSCH Rule 1.10. Therefore,

IT IS HEREBY ORDERED that the petition to resign is granted. Petitioner may retain the paper license as a memento.

IT IS FURTHER ORDERED pursuant to RSCH Rule 1.10(g) that Petitioner shall comply with the notice, declaration, and record requirements of RSCH Rule 2.16(a), (b), (d) and (g).

IT IS FURTHER ORDERED that the Clerk shall remove the name of Petitioner, attorney number 6076, from the roll of attorneys of the State of Hawaiʻi, effective with the filing of this order.

DATED:  Honolulu, Hawaiʻi, July 1, 2026.

/s/ Vladimir P. Devens

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Karen T. Nakasone